# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ADOLFO GUTIERREZ-PRECIADO (1),<br><br>　　　　　　　　　Defendant. | CASE NO. 16CR1497-BAS<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment/Information:

8 USC 1326 - Removed Alien Found in the United States

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 17, 2016

　　　　　　　　　　　　　　　　　Cynthia Bashant
　　　　　　　　　　　　　　　　　U.S. District Judge